UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED BARR,

    Plaintiff,

v.                            Case No. 8:15-cv-2391-T-33MAP

ONE TOUCH DIRECT, LLC, et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendants One Touch Direct, LLC, AT&T Services, Inc., and DPG Employee Leasing LLC's Motion to Dismiss (Doc. # 43). One Touch Direct, AT&T, and DPG Employee Leasing seek dismissal of the Complaint in its entirety based on the argument that the Complaint is a shotgun pleading. See Weiland v. Palm Beach Cty. Sheriff's Office, 792 F.3d 1313, 1321-23 (11th Cir. 2015) (categorizing the different types of shotgun pleadings). Plaintiff Alfred Barr's response was due on February 22, 2016. However, as of the date of this Order, Barr has not filed a response and, as such, the Court treats the Motion as unopposed. Therefore, this case is dismissed without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants One Touch Direct, LLC, AT&T Services, Inc., and DPG Employee Leasing LLC's Motion to Dismiss (Doc. # 43) is **GRANTED** as stated herein.

(2) This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motions and, thereafter, close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of February, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE