UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED BARR,

    Plaintiff,

v.                                        CASE NO. 8:15-cv-2391-T-33MAP

ONE TOUCH DIRECT, LLC, *et al.*,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Barr, who is acting as his own lawyer, moves for leave to proceed *in forma pauperis* so that he can appeal a host of rulings (docs. 59, 75, 78, 82, 83, 85, 89, 90, 103) against him. These rulings either resolve discovery issues, or deal with miscellaneous pretrial matters, or dismiss certain parties from the case. Given that no order ends the litigation in any final way, what Barr is really attempting to do (without perhaps realizing it) is to take an interlocutory appeal.[1] And for that, he clearly fails, and his motion for leave to proceed *in forma pauperis* should be denied.[2] As a result, it is hereby

---

[1] Subject to limited exceptions, none of which apply here, the court of appeals only has jurisdiction to hear final decisions of the district courts. 28 U.S.C. §§ 1291, 1292. "[A] decision is not final, ordinarily, unless it ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Cunningham v. Hamilton County, Ohio*, 527 U.S. 198, 204 (1999) (internal quotations omitted); *see CSX Transp. Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000).

[2] Notwithstanding a finding of economic eligibility, an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith even if the party was permitted to proceed *in forma pauperis* in a district-court action. 28 U.S.C. § 1915(a)(3); s*ee also* Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization unless: (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . ."). An appeal

RECOMMENDED:

1. Barr's Plaintiff's motion for leave to appeal *in forma pauperis* (doc. 115) be DENIED.

2. The Court certify that the appeal is not taken in good faith and direct the Clerk to notify the Court of Appeals of the ruling in accordance with Fed. R. App. P. 24(a)(4).

IT IS SO REPORTED at Tampa, Florida on August 15, 2016.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within 14 days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).

cc:   Hon. Virginia M. Hernandez Covington
      Counsel of Record
      Plaintiff, *pro se*

---

is not taken in good faith if the issue the party seeks to appeal is frivolous or if it objectively appears that the appeal cannot succeed as a matter of law. *See DeSantis v. United Technologies Corp.*, 15 F.Supp.2d 1285, 1288-89 (M.D. Fla. 1998), *aff'd without opinion*, 193 F.3d 522 (11th Cir. 1999).